FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JAN 18 PM 3: 46

TIMOTHY M. BURGESS
United States Attorney

J. Thomas Bartleson
Special Assistant U.S. Attorney
101 12th Avenue
Box 2, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6513/6510
Fax: (907)353-6501

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**JUSTIN DOUGLAS BROWN**<br><br>Defendants | CR F06  0002  CR<br><br>**COUNT I**<br>Unlawful entry onto military property<br>(Class B Misdemeanor)<br>Violation of 18 USC § 1382<br><br>**COUNT II**<br>Injury to government property<br>(Class A Misdemeanor)<br>Violation of 18 USC § 1361<br><br>**COUNT III**<br>Penalty for simple possession<br>(Class A Misdemeanor)<br>Violation of 21 USC § 844<br><br>**COUNT IV**<br>Penalty for simple possession<br>(Class A Misdemeanor)<br>Violation of 21 USC § 844<br><br>**INFORMATION** |

**ORIGINAL**

Page 1

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

That on or about the 3rd day of October, 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant, JUSTIN DOUGLAS BROWN, was unlawfully found within Fort Wainwright after having been ordered not to reenter by an officer in charge thereof, all in violation of 18 U.S.C. § 1382.

## COUNT TWO

That on or about 31st July 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant, JUSTIN DOUGLAS BROWN, did willfully injure property of the United States, to wit: military family housing unit 933 Layette Court, by kicking in the front door and damaging the locking mechanisms and the interior wall of said unit, all in violation of 18 USC § 1361.

## COUNT THREE

That on or about 26 September 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant, JUSTIN DOUGLAS BROWN, did knowingly or intentionally possess a controlled substance: to wit, marihuana, a Schedule I controlled substance, all in violation of 21 U.S.C. § 844.

## COUNT FOUR

That on or about 26 September 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant, JUSTIN DOUGLAS BROWN, did knowingly or intentionally possess a controlled substance: to wit, Oxycontin, a Schedule II controlled substance, all in violation of 21 U.S.C. § 844.

Dated this 18th day of January, 2006, at Fort Wainwright, Alaska.

TIMOTHY M. BURGESS
United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney