M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>        Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**MOTION ON SHORTENED TIME FOR DEFENDANT TO APPEAR TELEPHONICALLY AT MISDEMEANOR ARRAIGNMENT** |

       Defendant, Justin Douglas Brown, by and through friend of the court M. J. Haden, Staff Attorney, moves this court on shortened time to proceed with Mr. Brown's arraignment in the above-captioned matter without the defendant's physical presence, but with his telephonic appearance. This motion is filed on shortened time because Mr. Brown's arraignment is scheduled for March 9, 2006, at 11:00 a.m.

       Mr. Brown resides in Campbellsburg, Kentucky. Travel from Kentucky to Fairbanks requires at least one overnight stay. At the current time, Mr. Brown is indigent and cannot afford to purchase transportation from Kentucky to Fairbanks. In order to

conserve economic resources, Mr. Brown requests that he be allowed to appear telephonically for the misdemeanor arraignment.

This motion is made pursuant to Rule 43(a) of the Federal Rules of Criminal Procedure and is supported by the attached affidavit of counsel. Mr. Brown has been sent a consent to appear telephonically, which will be filed with the court upon its return to the Office of the Federal Public Defender.

DATED this 21st day of February, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 21, 2006, a copy of the foregoing document, with attachments, was served electronically:

J. Thomas Bartleson, Esq.

/s/ M. J. Haden