UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>             Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**PROPOSED<br>ORDER ALLOWING TELEPHONIC<br>PARTICIPATION AT MISDEMEANOR<br>ARRAIGNMENT** |

      After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

      It is further ordered that the motion to allow Mr. Brown to appear telephonically at the arraignment set for March 9, 2006, at 11:00 a.m., be GRANTED. Mr. Brown is to call (907) _____ at 11:00 a.m., Alaska Standard Time, on March 9, 2006.

      DATED _____, in Fairbanks, Alaska.

_____
Terrance W. Hall
United States Magistrate Judge