M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>          Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss. |

  M. J. Haden, being first duly sworn, upon oath, deposes and states:

  1. I am the attorney in the above-captioned case.

  2. All the representations contained in the attached motion are true and correct to the best of my knowledge.

  3. On February 15, 2006, I spoke with Mr. Brown over the telephone. Mr. Brown relayed the following information concerning his location and financial status.

4. Mr. Berry advised that he currently resides in Campbellsburg, Kentucky. He currently is residing with his cousins.

5. Mr. Brown advised that he currently is unemployed, but has worked as a farm hand in the past. He has no bank account. He owns no real property. His only asset is a Toyota pickup truck valued at $2,500.

6. Mr. Brown advised that he has the following expenses: $250 a month rent and $600 in medical bills.

7. At the present time, Mr. Brown reports that he does not have the funds to purchase transportation from Kentucky to Fairbanks, Alaska. He requests that he be allowed to appear telephonically for his arraignment on March 9, 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
M. J. Haden

SUBSCRIBED AND SWORN to before me this 21st day of February, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007