UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**PROPOSED<br>ORDER ALLOWING TELEPHONIC<br>PARTICIPATION AT MISDEMEANOR<br>ARRAIGNMENT** |

After due consideration of defendant's motion on shortened time, the court GRANTS/~~DENIES~~ the motion.

It is further ordered that the motion to allow Mr. Brown to appear telephonically at the arraignment set for March 9, 2006, at 11:00 a.m., be GRANTED. Mr. Brown is to call (907) 456-0310 at 11:00 a.m., Alaska Standard Time, on March 9, 2006.

DATED 22 Feb 2006, in Fairbanks, Alaska.

_____
Terrance W. Hall
United States Magistrate Judge