DEBORAH M. SMITH
Acting United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6554/6500
Fax:(907)353-6501
Email:  tom.bartleson@us.army.mil

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**JUSTIN DOUGLAS BROWN,**<br><br>Defendant | Case Number  4:06-cr-002-TWH<br><br>**GOVERNMENT'S MOTION ON SHORTENED TIME TO APPEAR TELEPHONICALLY AND PROPOSEDORDER** |

   COMES NOW, the Special Assistant United States Attorney, and files this Motion on Shortened Time to Appear Telephonically at the arraignment currently scheduled for 11:00 a.m., Thursday, March 9, 2006.  The Special Assistant United States Attorney will be at training in Charlottesville, Virginia, and will be unable to appear in person at the arraignment.

   RESPECTFULLY submitted, this 27th Day of February, 2006, at Fairbanks, Alaska.

                              DEBORAH M. SMITH
                              Acting United States Attorney


                              s/J. Thomas Bartleson
                              J. THOMAS BARTLESON
                              Special Assistant U.S. Attorney
                              101 12th Avenue, Room 310
                              Fairbanks, Alaska 99701
                              Telephone: (907)353-6554/6500
                              Fax:(907)353-6501
                              Email:  tom.bartleson@us.army.mil