IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JUSTIN DOUGLAS BROWN,** <br><br> Defendant | Case Number  4:06-cr-002-TWH <br><br> **[PROPOSED] <br> ORDER** |

On this _____ day of _____, 2006 came the Government's Motion to Appear Telephonically and the Motion is hereby GRANTED/DENIED.

_____
TERRANCE W. HALL
U. S. Magistrate Judge