M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**CONSENT TO PROCEED<br>TELEPHONICALLY** |

　　　　Justin Douglas Brown, pursuant to Rule 43(a) of the Federal Rules of Criminal Procedure, petitions the court to proceed with all proceedings in the above-captioned matter without the defendant's physical presence, but with his telephonic appearance.  The defendant consents to the court proceeding without his physical presence and by his telephonic presence alone.  Defendant currently resides in Campbellsburg, Kentucky.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JUSTIN DOUGLAS BROWN, Defendant