M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JUSTIN DOUGLAS BROWN,

Defendant.

Case No. 4:06-cr-0002-TWH

**MOTION ON SHORTENED TIME TO CONTINUE ARRAIGNMENT**

Defendant, Justin Douglas Brown, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to continue the arraignment in the above-styled case currently scheduled for March 9, 2006, at 11:00 a.m., to March 9, 2006, at 2:30 p.m.  This request is necessary because Mr. Brown has just started a new job.  He is unable to access a telephone during his work day.  His work day ends at 5:15 CST; thus, he will be able to call into the court at 2:30 p.m.  Mr. Brown apologizes for any inconvenience to the court and counsel.

The government is unavailable for comment on this motion.

DATED this 7th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 7, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

J. Thomas Bartleson, Esq.

/s/ M. J. Haden