UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>                Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**PROPOSED<br>ORDER REGARDING MOTION TO<br>CONTINUE ARRAIGNMENT** |

After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

After due consideration of defendant's Motion to Continue Arraignment, the court GRANTS/DENIES the motion.

The arraignment in the above-styled case currently scheduled for 11:00 a.m. on Thursday, March 9, 2006, is hereby vacated and rescheduled for 2:30 p.m. on Thursday, March 9, 2006.

DATED March _____, 2006, in Fairbanks, Alaska.

_____
Terrance W. Hall
United States Magistrate Judge