### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA


  UNITED STATES OF AMERICA   v.   JUSTIN DOUGLAS BROWN

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                          CASE NO.  4:06-CR-00002-TWH

 CAROLYN BOLLMAN


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: March 7, 2006


        The defendant's motion on shortened time,  to continue

the arraignment scheduled for Thursday, March 9, 2006 is GRANTED.

        The arraignment in the above-styled case currently

scheduled for 11:00 a.m. on Thursday, March 9, 2006, is hereby

**VACATED and rescheduled for 2:30 p.m. on Thursday, March 9, 2006.**

[]{IA.WPD*Rev.12/96}