```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs __JUSTIN DOUGLAS BROWN__   CASE NO. __4:06-CR-0002-TWH__
Defendant: _X_ Present (TELEPHONIC)

BEFORE THE HONORABLE          TERRANCE W. HALL

DEPUTY CLERK/RECORDER:        MISTY DAVENPORT

UNITED STATES ATTORNEY:       CAPT. J. THOMAS BARTLESON *

DEFENDANT'S ATTORNEY:         M.J. HADEN

U.S.P.O.:                     MARCI LUNDGREN

_*_ Telephonic Appearance

PROCEEDINGS: ARRAIGNMENT Held: 03-09-06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:41 p.m. court convened.

_X_ Copy of Inf/Ind/Cmplt given to defendant: read.

_X_ Defendant sworn.

_X_ Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: JUSTIN DOUGLAS BROWN

_X_ Financial Affidavit filed.
    _X_ Federal Public Defender accepted appointment.

_X_ PLEA(S) Not Guilty to Counts 1, 2, 3, 4 of Information

_X_ Consent to be filed by March 15, 2006 or case shall be trans-
    ferred to U.S. District Judge.

_X_ Conditions of Release filed.

_X_ Pretrial motions due  March 30, 2006

_X_ Court advised counsel trial date had not been set.

At 3:15 p.m. court adjourned.

DATE: 03-10-06          DEPUTY CLERK'S INITIALS:    MLD