M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>             Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**NOTICE OF CONSENT TO PROCEED IN FRONT OF MAGISTRATE JUDGE** |

   Defendant, Justin Douglas Brown, by and through counsel M. J. Haden, Staff Attorney, notified the court of his consent to proceed in front of the magistrate judge in the above-styled case.  Mr. Brown is in the process to executing AO Form 86A, Consent to Proceed Before United States Magistrate in a Misdemeanor Case, and will file a signed copy as soon as it is received by counsel.

///

///

///

DATED this 16th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 16, 2006, a copy of the
foregoing document was served electronically on:

J. Thomas Bartleson, Esq.

/s/ M. J. Haden