M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>                Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**MOTION ON SHORTENED TIME TO CONTINUE PRETRIAL MOTIONS** |

        Defendant, Justin Douglas Brown, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to continue the pretrial motions deadline currently scheduled for Thursday, March 30, 2006. This motion is necessary because the Office of the Federal Public Defender is in the process of moving its office from 550 West 7th Avenue to 601 West 5th Avenue. As a result of the move, resources and equipment are currently in the process of being disassembled, packed and transported.

        It is anticipated that the move will be completed over the up coming week-end and that all computers, resources and equipment will be in working order by Monday, April 3, 2006. Thus, Mr. Brown respectfully requests that the pretrial motions in his case

be continued by one week.[1]  This motion is necessary to provide Mr. Brown with effective assistance of counsel under the Fifth and Sixth Amendment of the United States Constitution.

Special Assistant United States Attorney Tom Bartleson was unavailable for comment regarding Mr. Brown's request for additional time.

DATED this 29th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 29, 2006, a copy of the foregoing document, with attachments, was served electronically on:

J. Thomas Bartleson, Esq.

/s/ M. J. Haden

---

[1] At the current time no trial date has been scheduled.