UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>        Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**PROPOSED<br>ORDER CONTINUING<br>PRETRIAL MOTIONS** |

After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

After due consideration of defendant's motion to continue pretrial motions deadline, the court GRANTS/DENIES the motion. Pretrial motions in the above-styled case are now due on Thursday, April 6, 2006.

DATED _____, 2006, in Anchorage, Alaska.


_____
Terrance W. Hall
United States Magistrate Judge