M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>　　　　　　　Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**SECOND MOTION ON SHORTENED TIME TO CONTINUE PRETRIAL MOTIONS** |

　　　　Defendant, Justin Douglas Brown, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to continue the pretrial motions deadline currently scheduled for Thursday, April 6, 2006, for one week.  This motion is necessary because a review of the discovery revealed that Mr. Brown had no information concerning Count II of the Information, injury to government property in violation of 18 U.S.C. § 1361.

　　　　Undersigned counsel has discussed this matter with Special Assistant United States Attorney Tom Bartleson.  Captain Bartleson has assured counsel that the discovery will be forth coming.  Mr. Brown is entitled to this information pursuant to Fed.R.Crim.P. 12(b) prior to the filing of pretrial motions.  In order to afford Mr. Brown his rights pursuant

to the Fourth, Fifth, and Sixth Amendments of the United States Constitution, a continuance is needed.

Special Assistant United States Attorney Tom Bartleson is unopposed to his motion.

DATED this 5th day of April 2006.

Respectfully submitted,

S/M. J. Haden
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:           907-646-3480
E-Mail:      MJ_Haden@fd.org

Certification:
I certify that on April 5, 2006,
a copy of the *Second Motion on
Shortened Time to Continue
Pretrial Motions* was
served electronically on:

J. Thomas Bartleson, Esq.
Special Assistant U.S. Attorney
101 12th Avenue, Box 2, Room 310
Fairbanks, AK  99701

s/M. J. Haden