UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>                Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**PROPOSED ORDER REGARDING SECOND MOTION TO CONTINUE PRETRIAL MOTIONS** |

       After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

       After due consideration of defendant's Motion to Continue Pretrial Motions the court GRANTS/DENIES the motion.

       The pretrial motions deadline in the above-styled case currently scheduled for April 6, 2006, is hereby vacated and set for Thursday, April 13, 2006.

       DATED April _____, 2006, in Fairbanks, Alaska.

_____
TERRANCE W. HALL
United States Magistrate Judge