UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

JUSTIN DOUGLAS BROWN,

           Defendant.

Case No. 4:06-cr-0002-TWH

**PROPOSED ORDER REGARDING SECOND MOTION TO CONTINUE PRETRIAL MOTIONS**

After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

After due consideration of defendant's Motion to Continue Pretrial Motions the court GRANTS/DENIES the motion.

The pretrial motions deadline in the above-styled case currently scheduled for April 6, 2006, is hereby vacated and set for Thursday, April 13, 2006.

DATED April __11__, 2006, in Fairbanks, Alaska.

TERRANCE W. HALL
United States Magistrate Judge