M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>              Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**NOTICE OF**<br>**INTENT TO CHANGE PLEA** |

          Defendant, Justin Douglas Brown, by and through counsel M. J. Haden, Staff Attorney, and notifies the court of his intent to change his plea.  The parties are in the process of completing a written plea agreement.  The agreement will be pursuant to Rule 11(c)(1)(C).  Mr. Brown will plead guilty to Counts I and III of the information.  The government will agree to dismiss Counts II and IV at the time of sentencing.  The purposed disposition is that Mr. Brown serve five days in custody with no supervision to follow.  In addition, he is to pay no fine or restitution, but must pay the mandatory special assessment of $35.

Mr. Brown asks that the court vacate the final pretrial conference presently scheduled for Thursday, May 4, 2006, and schedule a change of plea hearing at a time convenient to the court and counsel.  A copy of the written plea agreement will be filed with the court as soon as it is finalized.  Undersigned counsel anticipates that the agreement will be completed by the end of the week of May 8, 2006.  Additional time may be necessary due to the fact Mr. Brown lives out of state.

DATED this 1st day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 1, 2006, a copy of the
foregoing document was served electronically on:

J. Thomas Bartleson, Esq.

/s/ M. J. Haden

2