UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   JUSTIN DOUGLAS BROWN

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                                   CASE NO.   4:06-cr-0002-TWH

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: May 2, 2006

     Defendant Justin Brown has filed a Notice of intent to change plea at docket 22. The Final Pretrial Conference set for May 4, 2006 and Trial by Jury are set for May 10, 2006 are **VACATED,** and a **Proposed Change of Plea Hearing will be set for Thursday, May 18, 2006 at 10:00 a.m. in Courtroom 2, Fairbanks.**

[]{IA.WPD*Rev.12/96}