M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400
Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>    Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**NOTICE OF SUBMISSION OF ORIGINAL SIGNATURE** |

   Defendant, Justin Douglas Brown, by and through counsel M. J. Haden, Staff Attorney, hereby files defendant's original signature on the Plea Agreement in this matter. A fascimile signature was filed at Docket No. 25.

   DATED this 24th day of May, 2006.

                  Respectfully submitted,

                  FEDERAL PUBLIC DEFENDER
                  FOR THE DISTRICT OF ALASKA

                  /s/ M. J. Haden
                  Staff Attorney
                  Georgia Bar No. 316531
                  550 West 7th Avenue, Suite 1600
                  Anchorage, AK  99501
                  Ph:  (907) 646-3400
                  Fax:  (907) 646-3480
                  mj_haden@fd.org

<u>Certification</u>:

I certify that on May 24, 2006, a copy of the foregoing document, with attachments, was served electronically on:

J. Thomas Bartleson, Esq.

/s/ M. J. Haden