- The right to appeal or contest, directly or collaterally my conviction, any criminal forfeiture, or any sentence on any ground unless the court imposes a sentence in excess of the statutory maximum or a sentence that is contrary to the sentencing guidelines or a sentence that violates this plea agreement.

C.  I understand if I were convicted after a trial, I could eal the conviction; but that pleading guilty, I give up the right appeal my conviction.

D.  I understand the court may ask me questions about the ffenses to which I plead guilty.  If I answer falsely under oath, on he record, and in the presence of counsel, my answers may later be ised against me in a prosecution for perjury or making a false statement.

E.  I understand it is my attorney's duty to examine the facts of the case and advise me as to what plea I should enter.  I also understand that it is my attorney's duty to abide my wishes.  If my attorney refused to do so, I would inform the judge immediately.

F.  I understand anything I discuss with my attorney is privileged and confidential, and cannot be revealed without my permission.  Knowing this, I agree that this agreement may be filed among the papers in my case.

G.  I am completely satisfied with the representation and advice that I have received from my attorney in this case.

JUSTIN DOUGLAS BROWN,
Defendant