**DEBORAH M. SMITH**
Acting United States Attorney

**Eve C. Zamora**
**Special Assistance U. S. Attorney**
**101 12th Avenue, Room 310**
**Fairbanks, Alaska 99701**
**Telephone: (907) 353-6561-6510**
**Fax: (907) 353-6501**
**MN Bar: 0297859**

**Attorneys for the Plaintfiff**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06-cr-00002-TWH-1 |
| ) | |
| **JUSTIN DOUGLAS BROWN** ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Eve C. Zamora enters her appearance on behalf of Plaintiff, United States of America, in this matter. Service on Plaintiff shall be through his attorney at 101 12th Avenue, Room 310, Fairbanks, Alaska 99701.

RESPECTFULLY SUBMITTED this 13th day of June 2006.

EVE C. ZAMORA

_____/s/_____
Eve C. Zamora, MN Bar: 0297859
Counsel for Plaintiff