**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  USA   v.   JUSTIN DOUGLAS BROWN

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                        CASE NO.  4:06-cr-00002-TWH

 TINA J GROTHAUSE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: August 3, 2006

     At the request of the USPO a Status Conference re Sentencing in this matter is set for Wednesday August 30, 2006 at 3:45 p.m. in Fairbanks Courtroom #2. Defendant is required to be here in person to attend this hearing.

[]{IA.WPD*Rev.12/96}