M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 4:06-cr-0002-TWH |
| vs. | **AFFIDAVIT OF COUNSEL** |
| JUSTIN DOUGLAS BROWN, | |
| Defendant. | |
| STATE OF ALASKA | ss. |
| THIRD JUDICIAL DISTRICT | |

M. J. Haden, being first duly sworn upon oath, deposes and states:

1.      I am the attorney in the above-captioned case.

2.      On March 9, 2006, Mr. Brown appeared telephonically before the United States Magistrate Judge for the District of Alaska in Fairbanks.  At that time, the court found, based on Mr. Brown's testimony and his financial affidavit, that he was indigent.  The Office of the Federal Public Defender was appointed to represent him.

3.     On May 8, 2006, Mr. Brown appeared telephonically before this court for his change of plea and imposition of sentence.  Mr. Brown plead guilty to unlawful entry onto a military based in violation of 18 U.S.C. § 1382 and simple possession of marijuana in violation of 21 U.S.C. § 844.  He was sentenced to 5 days incarceration with no supervision to follow.  The parties anticipated that Mr. Brown would serve his period of imprisonment in his resident state of Kentucky.

4.     Since the time of imposition of sentence, complications have developed concerning which district, Alaska or Kentucky, should be responsible for the expense of incarceration.  This court has scheduled a status conference regarding sentencing for Wednesday, August 30, 2006, at 3:45 p.m., and ordered that Mr. Brown appear in person.

5.     On August 7, 2006, undersigned spoke telephonically with Mr. Brown concerning his current financial status.  Mr. Brown related the following information:  He currently is unemployed and has been so since May 19, 2006.  He resides with his girlfriend who is also unemployed.  He is responsible for three children who live with him.  He owns no real property and has no bank accounts or cash on hand.  His only asset is a 1988 Dodge worth approximately $500.  He current has the follow liabilities:  $250 a month rent, $150 a month utilities, $40 a week car payment, $30 a week payment for a computer, and $15 a week for auto insurance.  At this time he receives food stamps and assists his landlord with repairs to stay current on his rent.  He also does random yard work and car detailing, but has no consistent income.

6.     Mr. Brown reports that he is indigent and has no funds to pay for his transportation from his home in Centertown, Kentucky, to Fairbanks, Alaska.  He requests

that the court order the United States Marshals Service to provide non-custodial transportation.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

M. J. Haden

SUBSCRIBED AND SWORN to before me this 10th day of August, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

Notary Public in and for Alaska
My Commission Expires:  3/14/2007

3