M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>                Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**MOTION ON SHORTENED TIME TO CONTINUE STATUS CONFERENCE** |

       Defendant, Justin Douglas Brown, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to continue the status conference regarding sentencing in the above-styled case currently scheduled for Wednesday, August 30, 2006, in Fairbanks, Alaska.  Mr. Brown requests a three week continuance.

       This motion is filed pursuant to D. Alaska L.R. 7.1 and is supported by the attached affidavit of counsel.

DATED this 25th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 25, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve Zamora, Esq.

/s/ M. J. Haden