UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>          Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**PROPOSED<br>ORDER CONTINUING<br>STATUS CONFERENCE** |

   After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

   After due consideration of defendant's motion to continue the status conference, the court GRANTS the motion. The status conference in the above styled case currently set for Wednesday, August 30, 2006, is hereby vacated. The conference is rescheduled for _____, 2006 at _____ a.m./p.m., in Fairbanks, Alaska.

   DATED _____, 2006, in Fairbanks, Alaska.


                _____
                Terrance W. Hall
               United States Magistrate Judge