M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss. |

　　　　M. J. Haden, being first duly sworn upon oath, deposes and states:

　　　　1.　　I am the attorney in the above-captioned case.

　　　　2.　　On May 8, 2006, Mr. Brown appeared telephonically before this court for his change of plea and imposition of sentence.  Mr. Brown plead guilty to unlawful entry onto a military based in violation of 18 U.S.C. § 1382 and simple possession of marijuana in violation of 21 U.S.C. § 844.  He was sentenced to 5 days incarceration with no

supervision to follow. The parties anticipated that Mr. Brown would serve his period of imprisonment in his resident state of Kentucky.

      2.    Since the time of imposition of sentence, complications have developed concerning which district, Alaska or Kentucky, should be responsible for the expense of incarceration. This court has scheduled a status conference regarding sentencing for Wednesday, August 30, 2006, at 3:45 p.m., and ordered that Mr. Brown appear in person.

      3.    On August 7, 2006, undersigned spoke telephonically with Mr. Brown to inform him of the hearing and instructed him that his travel arrangements would be made by the U.S. Marshals Service.

      4.    On August 10, 2006, undersigned filed a motion requesting that out of custody travel be provided for Mr. Brown. That motion was granted on August 10, 2006.

      5.    On August 23, 2006, undersigned received Mr. Brown's travel itinerary from the Marshals Service and advised Mr. Brown of his flight arrangements. At that time, Mr. Brown informed undersigned that about two weeks prior his wallet was either stolen or lost at the local Walmart store and that he had no picture ID. Also in the wallet was his social security card.

      6.    Undersigned advised Mr. Brown that he would need a state issued ID to in order to fly and that he should report to the nearest Kentucky DMV to request a replacement. Mr. Brown advised that his prior identification was issued by the state of Louisiana and therefore, Kentucky could not supply him with a replacement.

      7.    On August 24, 2006, undersigned left a message for the Kentucky pre-trial services officer alerting him of the problem and asking him to assist Mr. Brown. On

August 25, 2006, undersigned received a message from the officer advising that he had instructed Mr. Brown to go to city hall to inquire about obtaining a new ID, but that the officer had no other means of assisting Mr. Brown.

8.   On August 25, 2006, undersigned spoke with Mr. Brown who advised that he needed a birth certificate and a social security card in order to obtain a new ID. He further advised that he had been to the Social Security Administration (SSA) office and filled out the paper work to obtain a new card. The clerk at the SSA told Mr. Brown that he could expect his new card in approximately two weeks. Mr. Brown also advised that he had contacted his grandmother and that she was in the process of mailing his birth certificate to him.

9.   Based on the information above, Mr. Brown asks this court for a three week continuance to allow him to obtain a state issued picture ID to allow him to fly from Kentucky to Alaska to attend the status conference.

10.   Undersigned contacted Senior United States Probation Officer Marci Lundgren and advised her of the situation. She is unopposed to Mr. Brown's motion. Undersigned counsel attempted to contact Special United States Attorney Lt. Eve Zamora, but was informed that she was attending a training program.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
M. J. Haden

SUBSCRIBED AND SWORN to before me this 25th day of August, 2006.

```
STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007
```

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

4