UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>    Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**PROPOSED<br>ORDER CONTINUING<br>STATUS CONFERENCE** |

  After due consideration of defendant's motion on shortened time, the court GRANTS in part and DENIES in part the motion.

  After due consideration of defendant's motion to continue the status conference, the status conference in the above styled case currently set for Wednesday, August 30, 2006, at 3:45 p.m. shall proceed as scheduled but the defendant and his counsel may appear telephonically.

  DATED August 25, 2006, in Fairbanks, Alaska.

**REDACTED SIGNATURE**

Terrance W. Hall
United States Magistrate Judge