M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>         Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR NON-CUSTODIAL TRANSPORTATION FOR DEFENDANT TO TRAVEL FROM CENTERTOWN, KENTUCKY, TO FAIRBANKS, ALASKA** |

Defendant, Justin Douglas Brown, by and through counsel M. J. Haden, Staff Attorney, moves this court for an order on shortened time directing the United States Marshals Service to provide non-custodial transportation for the defendant from his home in Centertown, Kentucky, to Fairbanks, Alaska, for a status conference regarding his imposition of sentence scheduled for **Thursday, October 5, 2006, at 9:00 a.m.**  The defendant is indigent and has no available funds for transportation.  This request is made pursuant to 18 U.S.C. § 4285 and supported by the attached affidavit of counsel.

This motion is unopposed by Special Assistant United States Attorney Lt. Eve Zamora.

DATED this 20th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on September 20, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve Zamora, Esq.

/s/ M. J. Haden