UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JUSTIN DOUGLAS BROWN,<br><br>　　　　Defendant. | Case No. 4:06-cr-0002-TWH<br><br>**PROPOSED<br>ORDER FOR NON-CUSTODIAL<br>TRANSPORTATION** |

After due consideration of the defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of the defendant's unopposed motion for transportation from Centertown, Kentucky, to Fairbanks, Alaska, the court GRANTS the motion.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide non-custodial transportation for the defendant from his home in Centertown, Kentucky, to Fairbanks, Alaska, for his status conference regarding imposition of sentence scheduled for **Thursday, October 5, 2006, at 9:00 a.m.** in Fairbanks, Alaska. Mr. Brown's date of birth is May 19, 1983.

DATED September 20, 2006, in Fairbanks, Alaska.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Terrance W. Hall
　　　　　　　　　　　　　　　　　　United States Magistrate Judge