MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JUSTIN DOUGLAS BROWN__   CASE NO. _4:06-CR-00020-TWH_
Defendant: _X_ Not Present   __In Custody   ___On Summons   __On Bond

BEFORE THE HONORABLE: _____TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER: _____CATHRINE CONKLIN_____

UNITED STATES' ATTORNEY: ____CAPT. TODD GEORGE_____

DEFENDANT'S ATTORNEY: _____M.J. HADEN_____

U.S.P.O.: _____MARCI LUNDGREN_____

PROCEEDINGS: STATUS CONFERENCE RE: SENTENCING
Held: October 5, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:28 a.m. court convened.

Court and counsel heard re defendant in custody in Kentucky.

Court ordered counsel to contact Pretrial Services with any information.

Court ordered Pretrial Services to issue a supplemental memorandum.

At 8:47 a.m. court adjourned.

DATE: _October 5, 2006_____   DEPUTY CLERK'S INITIALS: _cc_____